# INVOICE

**VJ VOWELL AND JENNINGS**
214 2nd Avenue, North    Ph. 615-256-1935
Nashville, TN 37201    Fax 615-244-3434

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 155680 | 4/17/2013 | 69810 |
| Job Date | Case No. | |
| 3/28/2013 | 3:12-cv-00783 | |
| Case Name | | |
| Terry White vs. Hoeganaes Corporation | | |
| Payment Terms | | |
| Due upon receipt | | |

William S. Rutchow
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Terry E. White                                                573.30

                              TOTAL DUE >>>                    $573.30

Thank you for your business! Vowell & Jennings now also serves Memphis!

                         (-) Payments/Credits:                    0.00
                         (+) Finance Charges/Debits:              0.00
                         (=) New Balance:                      $573.30

Tax ID: 62-1115311                             Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

William S. Rutchow
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.    :  155680
Invoice Date   :  4/17/2013
**Total Due**  :  **$573.30**

Job No.        :  69810
BU ID          :  1-VJ
Case No.       :  3:12-cv-00783
Case Name      :  Terry White vs. Hoeganaes Corporation

Remit To:   Vowell & Jennings, Inc.
            Court Reporting & Legal Video Services
            214 Second Avenue, North - Suite 207
            Nashville, TN 37201



EXHIBIT 1

**Briggs & Associates**
222 Second Avenue North
Suite 360M
Nashville, TN 37201
(615) 482-0037

# Invoice

Number: **JD - 3008**

Date: **June 16, 2013**

**Bill To:**

Jessica T. Patrick
Ogletree, Deakins
SunTrust Plaza
401 Commerce Street - Suite 1200
Nashville, TN 37219

**Ship To:**

| Job Date | Due Date | Total |
|---|---|---|
| 5/9/13 | 7/16/13 | $346.50 |

| Description | Amount |
|---|---|
| Copy of transcript of Tina League | 165.00 |
| Copy of transcript of Donna Sherrell | 85.25 |
| Copy of transcript of Earnest Clay, Jr. | 55.00 |
| Copy of transcript of John Quebedeau | 41.25 |
| Thank you, Jaimee! | |
| **Total** | **$346.50** |

***ID# 26-1832409    Thank you for your business!***
***A $25 late fee will be applied each month after 60 days.***

**EXHIBIT 2**

8022-35

# Briggs & Associates
222 Second Avenue N
Suite 360M
Nashville, TN 37201
(615) 482-0037 LindaWorley@comcast.net

# INVOICE

Number: LW 2020

Date: June 05, 2013

William S. Rutchow, Esquire
401 Commerce Street
Suite 1200
Nashville, TN 37219

| Job Date | Plaintiff | Defendant |
|---|---|---|
| 5-21-2013 | Terry White | Hoeganaes |

| Deponent | Description | Amount |
|---|---|---|
| Jeffrey Wilson | Furnishing a Copy of the Deposition | 156.75 |
| Robert Kuhle | Furnishing a Copy of the Deposition | 115.50 |
|  | Exhibit Copies | 1.00 |
|  | Postage/Delivery | 6.50 |
|  | Thank you! Linda |  |
|  | Total | $279.75 |

PLEASE MAKE ALL CHECKS PAYABLE TO BRIGGS & ASSOCIATES
TAX ID 26-1832409
$25 late charge will be added if not paid within 60 days


EXHIBIT 3



8022-35

**National Court Reporters, Inc.**
7835 Freeway Circle
Middleburg Heights, OH 44130
440-826-4000  Fax# 440-826-0361

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 8/6/2013 | 17577 |

**Bill To:**
William Rutchow, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart,
Sun Trust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219

**In Re:**
White -vs- Hoeganaes

Pay your invoice today by credit card to receive a 15% discount off your invoice.

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Case No.**

**Tax I.D. 20-2169149**

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 6/14/2013 | Marcy Wurst | Transcript | Transcript (includes word index) | 192 | 5.95 | 1,142.40 |
| | | E-Transcript | E-Transcript (per page) | 192 | 0.50 | 96.00 |
| | | Exhibit | Exhibits (black and white and/or color copies) | 44 | 1.49 | 65.56 |
| | | ASCII or Condensed | ASCII or Condensed | | 29.50 | 29.50 |
| | | Administration Fee | Administration Fee | | 49.00 | 49.00 |
| | | Shipping & Handli... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 1,419.96 |

*****Invoice due upon receipt and is not contingent upon client payment*****

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-826-0361 |

All invoices over 30 days are subject to collection fees, including, but not limited to:
A monthly administrative fee of $50 and maximum interest rate allowable by law.

**Total** $1,419.96

**Payments/Credits** $0.00

**Balance Due** $1,419.96

NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS. WE KNOW THAT YOU H
WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.



EXHIBIT 4

008022.35

# STATEMENT

Barry Yeiser Counseling Services Inc.
236 A Old Shackle Island Road
Hendersonville TN 37075

| | |
|---|---|
| CLOSING DATE | [redacted] |
| ACCOUNT NO. | 1000516 |
| PATIENT BALANCE | 20.00 |
| AMOUNT ENCLOSED | |

Barry Yeiser Counseling Services Inc.
236 A Old Shackle Island Road
Hendersonville TN 37075

**MAKE CHECKS PAYABLE AND
SEND PAYMENT TO THE ABOVE**

FOR BILLING QUESTIONS CALL: (615) 822-5425

Ogletree Deakins
Sun Trust Plaza
401 Commerce St., Suite 1200
Nashville TN 37219-2446

PATIENT: Ogletree Deakins                                       ACCOUNT: 1000516

| DATE | | DESCRIPTION | | YOUR AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 3/18/2013 | Service | ADMIN<br>Barry W. Yeiser | Barry W. Yeiser | 20.00 | 20.00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | FINANCE CHARGE | TOTAL BALANCE |
|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |

You may also pay by credit card by going to www.barryyeisertherapy.com and clicking on make payment. Thank you.

EXHIBIT 5

008022.35

Medi-Copy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203
United States


PLEASE PREPAY
RECORDS WILL BE SENT
ONCE PAYMENT IS RECEIVED.


MEDI-COPY

PHONE: 866-587-6274 TAX ID 75-3134811

OGLETREE, DEAKINS, NASH, SMOAK & STEWART
401 COMMERCE STREET
SUITE 1200
NASHVILLE TN 37219

Invoice # 379453
Invoice Date March 19, 2013
Amount Due $196.00 USD

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| TNHVMR | HEALTH INFORMATION REQUESTED FROM TN HEART & VASCULAR @ HENDERSONVILLE | 20.00 | 1 | 20.00 |
| | MEDICAL RECORDS FEE | | | |
| TNHVADD | ADDITIONAL PAGES 6+ @ .50 EACH | 0.50 | 282 | 141.00 |
| AFFIDAVIT | AFFIDAVIT FOR CERTIFICATION FEE / NOTARY FEE | 25.00 | 1 | 25.00 |
| UPS | UPS - GROUND / TRACKING | 10.00 | 1 | 10.00 |
| MAIL PREPAY | MEDICAL RECORDS WILL BE MAILED ONCE PAYMENT IS RECEIVED. CANCELLING THE REQUEST WILL RESULT IN A $25.00 CANCELLATION FEE. | 0.00 | 1 | 0.00 |

Total 196.00
Amount Paid -0.00
Amount Due $196.00 USD

✓ pd online w/ cc
3/20
Trans. ID: 5098870288

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE ASSESSED TO YOUR INVOICE/ACCOUNT IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
TERRY WHITE
***-**-4941
**-**-47
CASE# 3:11-CV-00783

# PLEASE PAY ONLINE

at https://medicopy.freshbooks.com/code
and enter your invoice code listed on payment stub

(a $5.00 convenience fee will apply if you call to pay by phone or fax your credit card payment)


EXHIBIT 6

# INVOICE



Invoice #: **23940815**

| | |
|---|---|
| Inv. Date: | 4/30/2013 |
| Due Date: | 5/10/2013 |
| Terms: | Net 10 |

**OGLETREE DEAKINS**
JESSICA PATRICK
401 COMMERCE ST
STE 1200
NASHVILLE, TN 37219-2491

Patient: WHITE, TERRY
Account #: 649835
Claim/File #:

Shipping:
401 COMMERCE ST
STE 1200
NASHVILLE, TN 37219-2491

Facility: **SAINT THOMAS HOSPITAL**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 315 | 315 | $0.00 | $0.00 |
| Basic Fee for First 5 Pages | 1 | $18.00 | $18.00 |
| Copy Charge $0.85 Pgs 6-50 | 45 | $0.85 | $38.25 |
| Copy Charge $0.60 Pgs 51-250 | 200 | $0.60 | $120.00 |
| Copy Charge $0.35 Pgs 251+ | 65 | $0.35 | $22.75 |

| | | |
|---|---|---|
| Product Total: | $ 199.00 | |
| Postage: | $ 7.90 | |
| State Tax: | | 7.00% |
| City/local Tax: | | 2.25% |
| Sales Tax: | $ 19.14 | (9.25%) |
| Grand Total: | $ 226.04 | |
| Credits/Payments: | $ 226.04 | |
| **Amount Due:** | **$ 0.00** | |

**Please Note:** This information has been disclosed to you from records that may be protected by state and federal confidentiality rules (42 CFR, part 2). The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by written consent of the person to whom it pertains, or is otherwise permitted by 42 CFR, part 2.

**Payment Options:**
- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail; please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

iod incorporated   TaxID No. 65-0765287
PO Box 19072, Green Bay WI, 54307-9072
Phone: 866-420-7455 Option 1 * Fax: 920-406-6537


EXHIBIT 7

file://R:\temp.htm                                                                         5/3/2013

8022-35

 **Family Health Care of Gallatin**

**Family Practice**
Susan M. Anderson, FNP

5/29 cc payment

GALLATIN
831 B Nashville Pike
Gallatin, TN 37066
615.206.0500
615.206.0092 fax

May 28, 2013

To Whom It May Concern:

There is a $20.00 copy charge for all medical records. Please submit payment to 831 B Nashville Pike Gallatin, TN 37066. You may also call with credit card payment to 615-206-0500, if you have any questions fell free to contact my office.

Sincerely,

*[signature]*
Susan Anderson FNP


EXHIBIT 8